Anthony James MOORE, Appellant,

v.

Timothy SCHUETZLE, in his
individual and official
capacities, Appellee.

No. 07–2336.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 31, 2008.

Filed: Aug. 25, 2008.

Before MELLOY, COLLOTON, and
SHEPHERD, Circuit Judges.

PER CURIAM.

North Dakota inmate Anthony James
Moore appeals the district court's[1] ad-
verse grant of summary judgment in his
42 U.S.C. § 1983 action. Having conduct-
ed de novo review of the record, *see John-
son v. Blaukat*, 453 F.3d 1108, 1112 (8th
Cir.2006), we find no basis for reversal.
Accordingly, we affirm. *See* 8th Cir. R.
47B. However, as to Moore's claim alleg-
ing a lack of exercise in administrative
segregation, we amend the dismissal to be
without prejudice, as the record shows he
did not administratively exhaust this claim
before filing the instant lawsuit. *See
Johnson v. Jones*, 340 F.3d 624, 627 (8th
Cir.2003) (inmate must exhaust before fil-
ing suit, or dismissal is mandatory).

---

1. The Honorable Daniel L. Hovland, Chief
Judge, United States District Court for the District of North Dakota.